UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donovan Walker, et

V.

CIVIL ACTION: 12-10267-NMG

Dwain Jackson, et al

## JUDGMENT IN A CIVIL CASE

GORTON, U.S.D.J.                                                November 25, 2014

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. IT IS ORDERED AND ADJUDGED that final judgment is hereby entered in favor of the Defendants .

By the Court,

/s/ Christine M. Patch _____
DEPUTY CLERK